IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| PAULA JONES, )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>MCINTOSH GREENHOUSE & )<br>GARDEN CENTER, INC., )<br>)<br>    Defendant. ) | Case No.: 3:12-cv-00173-WCL-CAN |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff, Paula Jones, and Defendant, McIntosh Greenhouse & Garden Center, Inc., by their respective counsel, stipulate to dismiss this matter with prejudice, pursuant to FED. R. CIV. P. 41(a)(1)(A)(ii), each party to bear its own costs and attorney's fees.

Respectfully submitted,

| | |
|---|---|
| DOUG ALLEN BERNACCHI & ASSOCIATES<br>*Attorneys for Paula Jones* | YODER AINLAY ULMER & BUCKINGHAM, LLP<br>*Attorneys for McIntosh Greenhouse &*<br>*Garden Center, Inc.* |
| By: s:/ Doug A. Bernacchi<br>Doug A. Bernacchi<br>215 W. 8th Street<br>P.O. Box 289<br>Michigan City, IN 46361-0289<br>Telephone:   (219) 879-02889<br>Facsimile:    (574) 879-9554 | By: s:/ Jeffrey L. Lund<br>Jeffrey L. Lund<br>130 North Main Street<br>P. O. Box 575<br>Goshen, Indiana 46527-0575<br>Telephone:   (574) 533-1171<br>Facsimile:    (574) 534-4174 |